IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.                      CASE NO. 1:10-cr-10003-001

JERRY L. BEENE                                            DEFENDANT

## **ORDER**

Before the Court is Defendant's Motion to Modify Probation Order. (ECF No. 13). Defendant requests an order terminating his probation. The Government has filed a response. (ECF No. 16). The Court finds this matter ripe for consideration.

On September 1, 2010, Judgement was entered against Defendant, and he was sentenced to three years' probation. (ECF No. 10) Defendant states that he has fully complied with the requirements of his probation for the past twenty-five months. He now requests that his probation be terminated. The Government and the United States Probation Office agree with Defendant's statements and note that he has paid all fines and restitution. The Government states that it has no objection to the termination of Defendant's probation.

Pursuant to 18 U.S.C. 3564, the Court, after considering the factors set forth in section 18 U.S.C. 3553(a), may "terminate a term of probation previously ordered and discharge the defendant...after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." Upon consideration of the 3553(a) factors, the Court finds that good cause for terminating Defendant's probation has been shown. Accordingly, Defendant's motion (ECF No. 13) should be and hereby is **GRANTED**. The Court's Judgment (ECF No. 10) is hereby modified, and Defendant's probation is terminated.

**IT IS SO ORDERED**, this 5th day of October, 2012.

                                                            /s/ Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge